# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

**IN RE:**  　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 19-bk-19089-WJ**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 7**

**Robin D Breanda,**

　**Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100,**
**BOCA RATON, FL 33487**

　　　　　　　　　　　　　　　　　　　　　Robertson, Anschutz & Schneid, P.L.
　　　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　　　　6409 Congress Ave., Suite 100,
　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112

　　　　　　　　　　　　　　　　　　　　　By: /s/Sean Ferry
　　　　　　　　　　　　　　　　　　　　　　　Sean Ferry, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Email: sferry@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Robin D Breanda
77320 Florida Avenue
Palm Desert, CA 92211

And via electronic mail to:

Robert Whitmore (TR)
3600 Lime St Ste 616
Riverside, CA 92501

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

                                                Robertson, Anschutz & Schneid, P.L.
                                                Attorney for Secured Creditor
                                                6409 Congress Ave., Suite 100,
                                                Boca Raton, FL 33487
                                                Telephone: 470-321-7112

                                                By: /s/Sean Ferry
                                                Sean Ferry, Esquire
                                                Email: sferry@rasflaw.com