United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 19-19089-WJ
Robin D Breanda                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6         User: admin              Page 1 of 2              Date Rcvd: Jan 27, 2020
                             Form ID: 318a            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
```
cr              +HSBC Bank USA,   Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                  Boca Raton, FL 33487-2853
39927378        +Arshad Abid MD,   Heart lnstitute Medical Center,    81709 Dr Carreon Blvd Ste A1,
                  Indio CA 92201-5509
39927382        +Big Picture Loans LLC,   P O Box 704,   Watersmeet, MI 49969-0704
39927383        +CA Emer Phys Med Grp,   P O Box 582663,   Modesto, CA 95358-0070
39927386         CMRE Financial Services Inc,   3075 E Imperial Highway #200,   Brea, CA 92821-6753
39927384       #+Calif Check Cashing Stores LLC,   dba Cash Central,   6785 Bobcat Way Suite 200,
                  Dublin, OH 43016-1443
39927389        +Desert Alarm lnc,   73168 Highway 111 Suite 204,   Palm Desert, CA 92260-3932
39927390         Direct Loan SVC System,   P O Box 5609,   Greenville, TX 75403-5609
39927392        +Fast Auto Loans Inc,   dba Fast Auto & Payday Loans,    72990 Highway 111,
                  Palm Desert, CA 92260-3314
39927393        +Fidelity National Title Insurance Company,   P O Box 241718,   Omaha, NE 68124-5718
39927395        +First American Title Insurance Co,   2 First American Way,   Santa Ana, CA 92707-5913
39927397         First National Credit Card,   P O Box 5097,   Sioux Falls, SD 57117-5097
39927401        +GSFNT Recovery Fund LLC,   1347 N Greenfield Rd #103,   Mesa, AZ 85205-4072
39927402        +Genesis FS Card Services,   P O Box 23039,   Columbus, GA 31902-3039
39927404        +KMD Partners LLC,   dba CreditNinja,   222 S Riverside Plaza Ste 2200,   Chicago, IL 60606-6101
39927405        +Kwikcash Inc,   9150 Irvine Center Drive,   Irvine, CA 92618-4659
39927406        +Lendup,   1750 Broadway Suite 300,   Oakland, CA 94612-2106
39927407        +LoanMart,   P O Box 8075,   Van Nuys, CA 91409-8075
39927410        +MD Collections,   P O Box 73848,   San Clemente, CA 92673-0129
39927413        +MobiLoans LLC,   P O Box 1409,   Marksville, LA 71351-1409
39927414        +MoneyKey - CA lnc,   3422 OId Capitol Trail Ste 2053,   Wilmington, DE 19808-6124
39927416        +PHH Mortgage Services,   P O Box 5452,   Mt Laurel, NJ 08054-5452
39927417         Pine Tree Lending LLC,   dba Clarity Finance,   8 Kennebasis Road,   lndian Township, ME 04668
39927420        #Renaissance Radiology Medical Grp,   8599 Haven Avenue Suite 300,
                  Rancho Cucamonga, CA 91730-4849
39927421        +Riverside County Reg Med Ctr,   26520 Cactus Avenue,   Moreno Valley, CA 92555-3911
39927422         Riverside County Treasurer,   P O Box 12005,   Riverside, CA 92502-2205
39927423        +Spotloan c/o Bluechip Financial,   P O Box 720,   Belcourt, ND 58316-0720
39927424         Steven Roberts MD,   Star Orthopaedics lnc,   P O Box 6449,   La Quinta, CA 92248-6449
39927425         Superior Court of California,   County of Riverside,   505 S Buena Vista Room 201,
                  Corona, CA 92882-1997
39927426        +Surge Cardholder Services,   P O Box 3220,   Buffalo, NY 14240-3220
39927428         Total Visa,   P O Box 91510,   Sioux Falls, SD 57109-1510
39927429         Trident Asset Management,   10375 OId Alabama Road Suite 303,   Alpharetta, GA 30022
39927430         US Department of Education,   PO Box 790321,   St Louis, MO 63179-0321
39927432        +Verve Cardholder Services,   P O Box 3220,   Buffalo, NY 14240-3220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              +E-mail/PDF: rbreanda@aol.com Jan 28 2020 04:34:00    Robin D Breanda,   77320 Florida Avenue,
                  Palm Desert, CA 92211-7744
tr              +EDI: QRWHITMORE.COM Jan 28 2020 09:13:00    Robert Whitmore (TR),   3600 Lime St Ste 616,
                  Riverside, CA 92501-0933
smg              EDI: EDD.COM Jan 28 2020 09:13:00    Employment Development Dept.,   Bankruptcy Group MIC 92E,
                  P.O. Box 826880,   Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Jan 28 2020 09:13:00    Franchise Tax Board,   Bankruptcy Section MS: A-340,
                  P.O. Box 2952,   Sacramento, CA 95812-2952
39927381         EDI: CINGMIDLAND.COM Jan 28 2020 09:13:00    AT&T Mobility,   P O Box 60017,
                  Los Angeles, Ca 90060-0017
39927379        +E-mail/Text: bnc@advanceamerica.net Jan 28 2020 04:35:56    Advance America,
                  Cash Advance Centers of Calif LLC,   750 Shipyard Drive Suite 300,   Wilmington, DE 19801-5159
39927380         EDI: AFNIRECOVERY.COM Jan 28 2020 09:13:00    Afni lnc,   P O Box 3517,
                  Bloomington, IL 61702-3517
39927385         EDI: CAPITALONE.COM Jan 28 2020 09:13:00    Capital One,   P O Box 30285,
                  Salt Lake City, UT 84130-0285
39927387        +E-mail/Text: sara@cvcollection.com Jan 28 2020 04:36:10    Coachella Valley Collection,
                  75108 Gerald Ford Dr #1,   Palm Desert, CA 92211-6802
39927388         E-mail/PDF: creditonebknotifications@resurgent.com Jan 28 2020 04:40:20    Credit One Bank,
                  P O Box 98873,   Las Vegas, NV 89193-8873
39927391        +E-mail/Text: bknotice@ercbpo.com Jan 28 2020 04:35:57    ERC,   8014 Bayberry Road,
                  Jacksonville, FL 32256-7412
39927394         EDI: TCISOLUTIONS.COM Jan 28 2020 09:13:00    First Access,   P O Box 89028,
                  Sioux Falls, SD 57109-9028
39927396        +E-mail/Text: bankruptcy@fncbinc.com Jan 28 2020 04:34:17    First National Collection Bureau,
                  610 Waltham Way,   Mccarran, NV 89437-6695
39927398         EDI: AMINFOFP.COM Jan 28 2020 09:13:00    First Premier Bank,   P O Box 5524,
                  Sioux Falls, SD 57117-5524
39927399        +EDI: AMINFOFP.COM Jan 28 2020 09:13:00    First Premier Bank,   3820 N Louie Avenue,
                  Sioux Falls, SD 57107-0145
39927400        +EDI: AMINFOFP.COM Jan 28 2020 09:13:00    First Premier Bankcard,   601 S Minnesota Avenue,
                  Sioux Falls, SD 57104-4824
```

```
District/off: 0973-6           User: admin              Page 2 of 2                  Date Rcvd: Jan 27, 2020
                               Form ID: 318a            Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
39927403        +E-mail/Text: accountservices@greenlineloans.com Jan 28 2020 04:36:29      Greenline Loans,
                 P O Box 507,    Ft Belknap Agency,    Hays, MT 59527-0507
39927408        +E-mail/Text: bankruptcy@loanme.com Jan 28 2020 04:36:47      LoanMe lnc,
                 1900 S State College Blvd Ste 300,    Anaheim, CA 92806-6152
39927412         E-mail/Text: ml-ebn@missionlane.com Jan 28 2020 04:34:29      Mission Lane,    P O Box 105286,
                 Atlanta, GA 30348-5286
39927409        +E-mail/Text: bknotices@mbandw.com Jan 28 2020 04:36:24      Mccarthy Burgess & Wolff,
                 26000 Cannon Road,    Cleveland, OH 44146-1807
39927411        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 28 2020 04:40:43      Merrick Bank,
                 P O Box 9201,    Old Bethpage, NY 11804-9001
39927415        +E-mail/Text: bankruptcy@ldf-holdings.com Jan 28 2020 04:36:52      Niswi LLC,
                 dba Amplify Funding,    P O Box 542,    Lac du Flambeau, Wl 54538-0542
39927418         E-mail/Text: bankruptcy@pb.com Jan 28 2020 04:36:44      Pitney Bowes Postage,    P O Box 856042,
                 Louisville, KY 40285-6042
39927419        +E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 28 2020 04:36:30      Plain Green LLC,
                 93 Mack Road Suite 600,    P O Box 270,    Box Elder, MT 59521-0270
39927427         E-mail/Text: DL-CSGBankruptcy@charter.com Jan 28 2020 04:36:30      Time Warner Cable,
                 3430 E Miraloma Avenue,    Anaheim, CA 92806-2101
39927431         EDI: VERIZONCOMB.COM Jan 28 2020 09:13:00      Verizon Communications,    P O Box 920041,
                 Dallas, TX 75392-0041
39927433         EDI: RMSC.COM Jan 28 2020 09:13:00      Walmart Synchrony Bank,    P O Box 965023,
                 Orlando, FL 32896-5023
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Robert   Whitmore (TR)    rswtrustee@yahoo.com,    rwhitmore@ecf.axosfs.com
              Sean C Ferry    on behalf of Creditor    HSBC Bank USA sferry@rasflaw.com,
               sferry@ecf.courtdrive.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Robin D Breanda** | Social Security number or ITIN   **xxx-xx-5405** |
|  | First Name    Middle Name    Last Name | EIN   **26-3406671** |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
|  |  | EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:   **6:19-bk-19089-WJ** | | |

## Order of Discharge – Chapter 7                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin D Breanda
dba Breanda Business Ventures Inc, dba Clear Credit, dba Mama Deezys So, dba The Lite Touch

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/27/20


**Dated:** <u>1/27/20</u>

**By the court:**   <u>Wayne E. Johnson</u>
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**17/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**